JS-6

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Charlie Lee Dunn

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CHARLIE LEE DUNN,<br><br>       Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 5:17-cv-00092-VBF-KK<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:    10/6/2017

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: October 2, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Denise Bourgeois Haley*
                         BY:_____
                            Denise Bourgeois Haley
                            Attorney for plaintiff Charlie Lee Dunn

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 5:17-CV-00092-VBF-KK

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 2, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____

Denise Bourgeois Haley
Attorneys for Plaintiff
_____